

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Charles Matlock, individually and
d/b/a Matlock Insurance Agency,

\* From the 35th District
  Court of Brown County,
  Trial Court No. CV-1207249.

Vs. No. 11-14-00159-CV

\* October 2, 2014

Kenneth Fitzgerald and Gayle Fitzgerald
and Buford Narramore and
Sharon Narramore,

\* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Charles Matlock.